1  DANA ALDEN FOX, State Bar #119761
   MICHAEL J. LARIN, State Bar #77116
2  MATTHEW HARRISON, State Bar #222073
   LYNBERG & WATKINS
3  A Professional Corporation
   888 South Figueroa Street, 16th Floor
4  Los Angeles, California 90017-5449
   Phone: (213) 624-8700
5  Facsimile: (213) 892-2763

6
   Attorneys for Defendant, AMERICAN SAFETY RISK RETENTION GROUP
7

8               UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 ACCEPTANCE INSURANCE            Case No. CV08-01577 GPS
   COMPANY,
12                                            (AGRx)
                Plaintiff,         NOTICE OF INTERESTED
13                                 PARTIES
        vs.
14
   AMERICAN SAFETY RISK
15 RETENTION GROUP, INC., and
   AMERICAN SAFETY INDEMNITY
16 COMPANY,

17              Defendants.

18

19      TO THE CLERK OF THE ABOVE-ENTITLED COURT and TO ALL

20 PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21      Pursuant to Local Rule 4.6, the undersigned, counsel of record for

22 Defendant AMERICAN SAFETY RISK RETENTION GROUP, INC., certifies

23 that the following listed parties have a direct pecuniary interest in the outcome

24 of this case:

25      1.   Plaintiff Acceptance Insurance Company;

26      2.   Defendant American Safety Indemnity Company; and

27      3.   Defendant American Safety Risk Retention Group, Inc.

28 ///

1

These representations are made pursuant to Central District Local Rule 83-1.5 to enable the Court to evaluate possible disqualification or recusal.

DATED: March 5, 2008

LYNBERG & WATKINS
A Professional Corporation

By: _____

MICHAEL J. LARIN
MATTHEW HARRISON
Attorney for Defendant, AMERICAN SAFETY RISK RETENTION GROUP, INC.

NOTICE OF INTERESTED PARTIES

*Acceptance Insurance Company v. American Safety Risk Retention Group, Inc.*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017.

On **March 6, 2008**, I served the **NOTICE OF INTERESTED PARTIES**, on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Ray Dion, Esq
Perry Rhoades, Esq.
**Koletsky, Mancini, Feldman & Morrow**
3460 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90010-2228
Tel: (213) 427-2350
Fax: (213) 427-2366
**Attorneys for Plaintiff,**
**ACCEPTANCE INSURANCE COMPANY**

David Morrow, Esq.
**Law Offices of David S. Blau**
6080 Center Drive, Suite 210
Los Angeles, CA 90045
Tel: (310) 410-1900
Fax: (310) 410-1901
**Attorneys for Co-Defendant,**
**AMERICAN SAFETY INSURANCE COMPANY**

__X__ **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing an affidavit.

___ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone numbers indicated above.

___ **(BY FEDERAL EXPRESS/OVERNIGHT MAIL)** I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

___ **(BY PERSONAL SERVICE):** I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

__X__ **(FEDERAL)** I certify (or declare) that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed **March 6, 2008**, at Los Angeles, California.

*/s/ Linda Seager*
LINDA SEAGER

F:\WP\Njw-team\DAF\2032-0016-Acceptance\Service.PROOF-FEDERAL.wpd

PROOF OF SERVICE