1  DANA ALDEN FOX, State Bar #119761
   MICHAEL J. LARIN, State Bar #77116
2  MATTHEW HARRISON, State Bar #222073
   LYNBERG & WATKINS
3  A Professional Corporation
   888 South Figueroa Street, 16th Floor
4  Los Angeles, California 90017-5449
   Phone: (213) 624-8700
5  Facsimile: (213) 892-2763

6
   Attorneys for Defendant, AMERICAN SAFETY RISK RETENTION GROUP
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ACCEPTANCE INSURANCE COMPANY, | Case No. **CV08-01577 GPS (AGRx)** |
| 12 | |
| 13             Plaintiff, | NOTICE OF JOINDER OF DEFENDANT AMERICAN RISK RETENTION GROUP, INC. IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT (28 U.S.C. § 1446(b)) |
| 14       vs. | |
| 15  AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY, | |
| 16 | |
| 17             Defendants. | |

18

19

20

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1
NOTICE OF JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

TO THE CLERK OF THE ABOVE-ENTITLED COURT and TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant AMERICAN SAFETY RISK RETENTION GROUP, INC., through its counsel of record, hereby joins in the Notice of Removal of Civil Action from State Court filed by Defendant AMERICAN SAFETY INDEMNITY COMPANY.

DATED: March 5, 2008

LYNBERG & WATKINS
A Professional Corporation

By: _____
MICHAEL J. LARIN
MATTHEW HARRISON
Attorney for Defendant, AMERICAN SAFETY RISK RETENTION GROUP, INC.

*Acceptance Insurance Company v. American Safety Risk Retention Group, Inc.*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 888 South Figueroa Street, 16th Floor, Los Angeles, California 90017.

On **March 6, 2008**, I served the **NOTICE OF JOINDER OF DEFENDANT AMERICAN RISK RETENTION GROUP, INC. IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT (28 U.S.C. § 1446(b))**, on all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Ray Dion, Esq<br>Perry Rhoades, Esq.<br>**Koletsky, Mancini, Feldman & Morrow**<br>3460 Wilshire Boulevard, 8th Floor<br>Los Angeles, CA 90010-2228<br>Tel: (213) 427-2350<br>Fax: (213) 427-2366<br>**Attorneys for Plaintiff,**<br>**ACCEPTANCE INSURANCE COMPANY** | David Morrow, Esq.<br>**Law Offices of David S. Blau**<br>6080 Center Drive, Suite 210<br>Los Angeles, CA 90045<br>Tel: (310) 410-1900<br>Fax: (310) 410-1901<br>**Attorneys for Co-Defendant,**<br>**AMERICAN SAFETY INSURANCE COMPANY** |

__X__ **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposition for mailing an affidavit.

___ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via electronic transfer (facsimile) at the respective telephone numbers indicated above.

___ **(BY FEDERAL EXPRESS/OVERNIGHT MAIL)** I caused the above-described document to be served on the interested parties noted as follows by Federal Express/Overnight Mail.

___ **(BY PERSONAL SERVICE):** I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

__X__ **(FEDERAL)** I certify (or declare) that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed **March 6, 2008**, at Los Angeles, California.

_/s/ Linda Seager_
LINDA SEAGER

F:\WP\Njw-team\DAF\2032-0016-Acceptance\Service PROOF-FEDERAL.wpd

**PROOF OF SERVICE**