1  David S. Blau (Bar No. 166825)
   David M. Morrow (Bar No. 175776)
2  Law Offices of David S. Blau, P.C.
   6080 Center Drive, Suite 210
3  Los Angeles, California 90045
   (310) 410-1900 phone
4  (310) 410-1901 fax
   david@blaulaw.net
5
   Attorneys for Defendant
6  American Safety Indemnity Company

7

8                  UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11
                                        Case No.   CV08-01577 GPS
12  ACCEPTANCE INSURANCE
    COMPANY,                                                    (AGRx)
13                                      NOTICE OF RELATED CASES
              Plaintiff,                (CD Cal. Civil Local Rule 83-1.3.1)
14
       vs.
15
    AMERICAN SAFETY RISK
16  RETENTION GROUP, INC., and
    AMERICAN SAFETY INDEMNITY
17  COMPANY,

18            Defendants.

19

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21      PLEASE TAKE NOTICE THAT Defendant AMERICAN SAFETY

22  INDEMNITY COMPANY ("Defendant"), having removed the above-entitled

23  action from the Superior Court of the State of California for the County of Los

24  Angeles via the Notice of Removal filed concurrently herewith, hereby advises

25  the Court that it is not aware of any action previously filed or currently pending

26  in the Central District which, in relation to the above-captioned action appears:

27  (a) to arise from the same or a closely related transaction, happening or event;

28  (b) to call for determination of the same or substantially related or similar

                                    1

                         NOTICE OF RELATED CASES

questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.

The above-captioned action does not, to the knowledge of Defendant, qualify for a related case transfer.

Respectfully submitted,

DATED: March 6, 2008

Law Offices of David S. Blau

By: _____

David S. Blau
David M. Morrow
Attorney for Defendant
American Safety Indemnity Company

NOTICE OF RELATED CASES

# PROOF OF SERVICE

*Acceptance Insurance Co. v. American Safety Risk Retention Group, Inc., et al.*

United States District Court Case No.

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6080 Center Drive, Suite 210, Los Angeles, California 90045.

On March 6, 2008, I served the foregoing documents described as **NOTICE OF RELATED CASES (CD Cal. Civil Local Rule 83-1.3.1)** on the interested parties in this action by placing a true copy thereof enclosed in the sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ ]  BY PERSONAL DELIVERY: I delivered such envelope by hand to the offices of the addressee.

[ ]  VIA FACSIMILE: I caused all of the pages of the above entitled document to be sent to the recipients noted above via electronic transfer (FAX) at the respective facsimile number(s) indicated above. This document was transmitted by facsimile and transmission reported complete without error.

[X]  FEDERAL: I certify or declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postal meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on March 6, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Angel Quintero, Jr.

1

PROOF OF SERVICE

# SERVICE LIST

*Acceptance Insurance Co. v. American Safety Risk Retention Group, Inc., et al.*

United States District Court Case No.

Raymond C. Dion
Perry E. Rhoads
Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90010
Telephone: (213)427-2350
Facsimile: (213)427-2366

Attorneys for Plaintiff,
ACCEPTANCE INSURANCE COMPANY

Michael Larin
Dana Alden Fox
Matthew Harrison
Lynberg & Watkins
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017-2763
Telephone: (213)624-8700
Facsimile: (213)892-2763

Attorneys for Defendant,
AMERICAN SAFETY RISK RETENTION GROUP, INC.