```
                  UNITED STATES DISTRICT COURT                    Send
                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
                      CIVIL MINUTES - GENERAL
```

Case No.  CV 08-01577 GPS(AGRx)                          Date: April 8, 2008

Title:  *Acceptance Insurance Company v. American Safety Risk Retention Group, Inc., et al.*

========================================================================
PRESENT:       THE **HONORABLE GEORGE P. SCHIAVELLI**,   JUDGE

        Jacob Yerke                              Not present
      Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                             Not present

**PROCEEDINGS:    In re: Defendant's Motion to Transfer and Motion to Dismiss; and Plaintiff's Motion to Remand**
**(In Chambers)**

     On March 17, 2008, Defendant American Safety Indemnity Company filed (1) a Motion to Transfer the Case to the Southern District of California and (2) a Motion to Dismiss, setting the hearing date for both Motions on April 14, 2008.

     On March 31, 2008, Plaintiff filed a Motion to Remand the case, setting the hearing date for April 28, 2008.  Additionally, Plaintiff submitted oppositions to Defendant's above motions.  On April 7, 2008, Defendant filed replies.

     Because the supporting documents for at least one of these motions exceed 200 pages, the Court requires the parties to lodge CD-ROMs with the briefs hyperlinked to the supporting documents as set forth by Standing Order No. 8.[1]  Accordingly, the Court **ORDERS** the parties to lodge CD-ROMS of their

---

[1]   Standing Order No. 8 states:

     If, at the close of briefing on any issue, the parties' declarations, exhibits, and/or supporting documents aggregate more than 200 pages, then the Court will issue an order requiring the parties to lodge CD-ROMS containing electronic versions of these documents and the corresponding briefs. ... The electronic versions of the supporting documents and corresponding briefs

MINUTES FORM 11                              Initials of Deputy Clerk JY
CIVIL - GEN

briefs properly hyperlinked to their supporting documents *for all three motions* by **April 21, 2008.** The Court hereby **CONTINUES** the hearing on Defendant's Motion to Transfer and Motion to Dismiss to **April 28, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

---

are to be in Adobe Acrobat format. The electronic briefs shall include hyperlinks to the specific sections of any supporting documents that they cite.

MINUTES FORM 11                                          Initials of Deputy Clerk  JY
CIVIL - GEN