David S. Blau (Bar No. 166825)
David M. Morrow (Bar No. 175776)
Law Offices of David S. Blau, P.C.
6080 Center Drive, Suite 210
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net

Attorneys for Defendant
AMERICAN SAFETY INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY,<br><br>　　　　Defendants. | Case No. CV08-01577 GPS (AGRx)<br><br>**NOTICE OF LODGING OF CD-ROMS BY DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY IN SUPPORT OF: (1) MOTION TO DISMISS; (2) MOTION TO TRANSFER FOR CONVENIENCE; AND (3) OPPOSITION TO MOTION TO REMAND**<br><br>Date:　　April 28, 2008<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 7<br>Judge:　　Hon. George P. Schiavelli<br><br>ORAL ARGUMENT REQUESTED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that, pursuant to the Court's Order of April 10, 2008, Defendant AMERICAN SAFETY INDEMNITY COMPANY ("ASIC") has lodged three (3) non-paper exhibits with this Court, as described below:

(1)　　CD-ROM containing electronic versions of Defendant American Safety Indemnity Company's: (a) MOTION TO DISMISS [Fed. R.

1

Civ. P. 12(b)(6)], and (b) REPLY in support of Motion to Dismiss, including hyperlinks to supporting documents;

(2) CD-ROM containing electronic versions of Defendant American Safety Indemnity Company's: (a) MOTION TO TRANSFER FOR CONVENIENCE [28 U.S.C. 1404(a)], and (b) REPLY in support of Motion to Transfer, including hyperlinks to supporting documents; and

(3) CD-ROM containing electronic versions of Defendant American Safety Indemnity Company's OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, including hyperlinks to supporting documents.

Respectfully submitted,

DATED: April 21, 2008      Law Offices of David S. Blau

By: _____

David S. Blau
David M. Morrow
Attorney for Defendant
American Safety Indemnity Company

NOTICE OF LODGING BY DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY

## PROOF OF SERVICE

*Acceptance Insurance Co. v. American Safety Risk Retention Group, Inc., et al.*

United States District Court Case No. CV08-01577 GPS (AGRx)

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6080 Center Drive, Suite 210, Los Angeles, California 90045.

On April 21, 2008, I served the foregoing documents described as **NOTICE OF LODGING OF CD-ROMS BY DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY IN SUPPORT OF: (1) MOTION TO DISMISS; (2) MOTION TO TRANSFER FOR CONVENIENCE; AND (3) OPPOSITION TO MOTION TO REMAND; CD-ROMS** on the interested parties in this action by placing a true copy thereof enclosed in the sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ ] BY PERSONAL DELIVERY: I delivered such envelope by hand to the offices of the addressee.

[ ] VIA FACSIMILE: I caused all of the pages of the above entitled document to be sent to the recipients noted above via electronic transfer (FAX) at the respective facsimile number(s) indicated above. This document was transmitted by facsimile and transmission reported complete without error.

[X] FEDERAL: I certify or declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postal meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on April 21, 2008 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Angel Quintero, Jr.

1

PROOF OF SERVICE

## SERVICE LIST

*Acceptance Insurance Co. v. American Safety Risk Retention Group, Inc., et al.*

United States District Court Case No. CV08-01577 GPS (AGRx)

Raymond C. Dion
Perry E. Rhoads
Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90010
Telephone: (213)427-2350
Facsimile: (213)427-2366

Attorneys for Plaintiff,
ACCEPTANCE INSURANCE COMPANY


Michael Larin
Dana Alden Fox
Matthew Harrison
Lynberg & Watkins
888 South Figueroa Street, 16th Floor
Los Angeles, CA 90017-2763
Telephone: (213)624-8700
Facsimile: (213)892-2763

Attorneys for Defendant,
AMERICAN SAFETY RISK RETENTION GROUP, INC.

2

PROOF OF SERVICE