RAYMOND C. DION (State Bar No. 139206)
BRETT G. HAMPTON (State Bar No. 140535)
**KOLETSKY, MANCINI, FELDMAN & MORROW**
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, CA 90010-2228
Telephone: (213) 427-2350
Facsimile: (213) 427-2366

Attorneys for Plaintiff
ACCEPTANCE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC., and DOES 1 through 100, inclusively,<br><br>Defendants. | CASE NO. CV08-01577 GPS (AGRx)<br><br>**EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF DECLARATION OF JEAN P. FISHER OFFERED IN SUPPORT OF AMERICAN SAFETY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>[Filed and Served Concurrently with Reply to Opposition to Motion for Remand]<br><br>Hearing Date: April 28, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 7<br>Judge: Hon. George P. Schiavelli |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to the Federal Rules of Evidence, Plaintiff Acceptance Insurance Company respectfully submits the following evidentiary objections to, and Motion to Strike the following portions of, the Declaration of Jean P. Fisher in support of the Opposition.

**I.    STATEMENT:**

"6. ASIC and ASRRG are separate, unrelated corporations. On the one hand, ASIC is a subsidiary of a publicly-traded company, American Safety Insurance Holdings, Ltd. On the other

EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF DECLARATION OF JEAN P. FISHER OFFERED IN SUPPORT OF AMERICAN SAFETY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

1

1  hand, ASRRG is a risk retention group, and as such, its shareholder members are comprised of its
2  policyholders, including Bay Area Construction Framers. ASRRG is not a subsidiary entity, and is not
3  related to ASIC." (Page 2, line 25, through Page 3, line 2)

**OBJECTIONS.**

a.  The witness has failed to demonstrate or set forth any foundation for the purported personal knowledge of these facts, as she was not involved in the incorporation of the company, nor has she shown how she could have acquired direct personal knowledge of the purported facts. (Fed. R. Evid. 602)

b.  It contains improper opinion testimony. (Fed. R. Evid. 701) [See Exhibit "A" to Hampton Declaration, Form 10K Annual Report for American Safety Insurance Holdings, Ltd..]

For the reasons set forth above, Plaintiff respectfully requests that the Court sustain its objections to the aforementioned paragraphs, and that the testimony and evidence proffered in those paragraphs be stricken pursuant to Plaintiff's motion to strike.

Dated: April 21, 2008

KOLETSKY, MANCINI, FELDMAN & MORROW

By: _____
Raymond C. Dion, Esq.
Brett G. Hampton, Esq.
Attorneys for Plaintiff ACCEPTANCE INSURANCE COMPANY

**EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF DECLARATION OF JEAN P. FISHER OFFERED IN SUPPORT OF AMERICAN SAFETY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**