RAYMOND C. DION (State Bar No. 139206)
BRETT G. HAMPTON (State Bar No. 140535)
**KOLETSKY, MANCINI, FELDMAN & MORROW**
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, CA 90010-2228
Telephone: (213) 427-2350
Facsimile: (213) 427-2366

Attorneys for Plaintiff
ACCEPTANCE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC., and DOES 1 through 100, inclusively,<br><br>　　　　Defendants. | CASE NO. CV08-01577 GPS (AGRx)<br><br>**NOTICE OF LODGING CD-ROMS BY PLAINTIFF ACCEPTANCE INSURANCE COMPANY IN SUPPORT OF: (1) MOTION TO REMAND; (2) OPPOSITION TO MOTION TO DISMISS; AND (3) OPPOSITION TO MOTION TO TRANSFER FOR CONVENIENCE**<br><br>Hearing Date:　April 28, 2008<br>Time:　　　　 1:30 p.m.<br>Place:　　　　Courtroom 7<br>Judge:　　　　Hon. George P. Schiavelli<br><br>ORAL ARGUMENT REQUESTED |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Acceptance Insurance Company has lodged with the Court three (3) CD-ROM's in support of Plaintiff's: (1) Motion to Remand (with Reply Brief and Evidentiary Objections); (2) Opposition to Defendant's Motion to Dismiss; and (3) Opposition to Defendant's Motion to Transfer for Convenience.

Dated: April 21, 2008　　　　KOLETSKY, MANCINI, FELDMAN & MORROW

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Raymond C. Dion, Esq.
　　　　　　　　　　　　　　Brett G. Hampton, Esq.
　　　　　　　　　　　　　　Attorneys for Plaintiff ACCEPTANCE INSURANCE COMPANY