UNITED STATES DISTRICT COURT                    Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Case No.   <u>CV 08-1577-GPS(AGRx)</u>                    Date:   <u>April 23, 2008</u>

Title:   <u>*Acceptance Insurance Company v. American Safety Risk Retention Group, Inc., et al.*</u>

===================================================================
PRESENT:         THE <b>HONORABLE GEORGE P. SCHIAVELLI</b>, JUDGE

          <u>Jake Yerke</u>                              <u>Not Present</u>
         Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                              Not Present

**PROCEEDINGS:**   **In re: Standing Order No. 8**
                   **(In Chambers)**

   On April 8, 2008, the Court ordered the parties to lodge a CD-ROM version of their briefs, properly hyperlinked to their supporting documents, addressing (1) Plaintiff's Motion to Remand; (2) Defendant's Motion to Transfer; and (3) Defendant's Motion to Dismiss.  *See* Standing Order No. 8.[1]  Defendant timely complied.  Plaintiff, however, has not lodged any CD-ROMs.  Accordingly, the Court **ORDERS** Plaintiff to lodge a CD-ROM version of all briefs properly hyperlinked to supporting documents by April 29, 2008.  Failure to comply may result in sanctions.  The hearing is hereby **CONTINUED** to **May 5, 2008, at 1:30 p.m.**

**IT IS SO ORDERED**.

---

   [1]   Standing Order No. 8 states:

         If, at the close of briefing on any issue, the parties' declarations, exhibits, and/or supporting documents aggregate more than 200 pages, then the Court will issue an order requiring the parties to lodge CD-ROMS containing electronic versions of these documents and the corresponding briefs. ... The electronic versions of the supporting documents and corresponding briefs are to be in Adobe Acrobat format.  The electronic briefs shall include hyperlinks to the specific sections of any supporting documents that they cite.

MINUTES FORM 11                              Initials of Deputy Clerk <u>JY</u>
CIVIL - GEN