UNITED STATES DISTRICT COURT                Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Case No.   <u>CV 08-1577-GPS(AGRx)</u>                    Date:   <u>May 5, 2008</u>

Title:   <u>*Acceptance Insurance Company v. American Safety Risk Retention Group, Inc., et al.*</u>

================================================================
PRESENT:        <u>THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE</u>

   <u>Jake Yerke</u>                          <u>Not Present</u>
  Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

  Not Present                             Not Present

**PROCEEDINGS:**   **(In Chambers)Notice Re Continuance of Defendant American Safety Indemnity Company's Motion to Transfer Case to the Southern District of California (filed 3/17/08), Defendant American Safety Indemnity Company's Motion to Dismiss (filed 3/17/08)and Plaintiff's Motion to Remand Case (filed 3/31/08)**

    The Court, on its own motion, hereby continues the above referenced motions to **May 12, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

MINUTES FORM 11                          Initials of Deputy Clerk <u>JY</u>
CIVIL - GEN