UNITED STATES DISTRICT COURT                    JS-6
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   CV 08-1577-GPS(AGRx)              Date:   May 12, 2008

Title:    *Acceptance Insurance Company v. American Safety Risk Retention*
          *Group, Inc., et al.*

==================================================================PRE
SENT:                 THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

         Jake Yerke                           Rosalyn Adams
       Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
Roy Koletsky; Brett Hampton            David Morrow; David Blau; Michael Larin

**PROCEEDINGS:    Order Denying Plaintiff's Motion to Remand;**
                  **Order Granting Defendant's Motion to Transfer**

     On May 12, 2008, the Court held a hearing regarding (1) Plaintiff's
Motion to Remand; (2) Defendant's Motion to Transfer; and (3) Defendant's
Motion to Dismiss.  After considering the arguments and filings, the Court
**DENIES** Plaintiff's Motion to Remand and **GRANTS** Defendant's Motion to
Transfer.  In light of these rulings, the Court need not consider
Defendant's Motion to Dismiss.

     As for the Motion to Remand, the Court finds removal timely because
the 30-day time limit should be counted from the date of service of
Defendant American Safety Indemnity Co. ("ASIC"), the last-served defendant
(i.e., the last-served rule).  As for the Motion to Transfer, the Court
finds that Defendant has shown that (1) venue is proper in this district;
(2) the Southern District of California is one where the action might have
been brought; and (3) the transfer will serve the convenience of the
parties and the witnesses and promote the interests of justice.  *See*
*Goodyear Tire & Rubber Co. v. McDonnell Douglas Corp.*, 820 F. Supp. 503,
506 (C.D. Cal. 1992).  Specifically, a majority of the relevant factors
governing convenience support transfer.  *Jones v. GNC Franchising, Inc.*,
211 F.3d 495, 498-99 (9th Cir. 2000).  Accordingly, Defendant's shall
submit a proposed order to transfer the action to the Southern District of
California by **Monday, May 19, 2008.**

**IT IS SO ORDERED.**                                      :5 mins

MINUTES FORM 11                          Initials of Deputy Clerk JY
CIVIL - GEN