David S. Blau (Bar No. 166825)
David M. Morrow (Bar No. 175776)
Law Offices of David S. Blau, P.C.
6080 Center Drive, Suite 210
Los Angeles, California 90045
(310) 410-1900 phone
(310) 410-1901 fax
david@blaulaw.net

Attorneys for Defendant
AMERICAN SAFETY INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY,<br><br>             Defendants. | Case No. CV08-01577 GPS (AGRx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER BY DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY RE: MOTION TO TRANSFER**<br><br>Date:     May 12, 2008<br>Time:    1:30 p.m.<br>Place:   Courtroom 7<br>Judge:  Hon. George P. Schiavelli<br><br>ORAL ARGUMENT REQUESTED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that, pursuant to the Court's Order of May 12,

///

///

///

///

///

1

1  2008, Defendant AMERICAN SAFETY INDEMNITY COMPANY ("ASIC")
2  hereby lodges with this Court the attached [Proposed] Order Granting Defendant
3  American Safety Indemnity Company's Motion to Transfer Venue.

Respectfully submitted,

DATED: May 19, 2008         Law Offices of David S. Blau

By: _____

David S. Blau
David M. Morrow
Attorney for Defendant
American Safety Indemnity Company

2

**NOTICE OF LODGING BY DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ACCEPTANCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SAFETY RISK RETENTION GROUP, INC., and AMERICAN SAFETY INDEMNITY COMPANY,<br><br>Defendants. | Case No. CV08-01577 GPS (AGRx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY'S MOTION TO TRANSFER VENUE |
|---|---|

In consideration of the motion of Defendant, AMERICAN SAFETY INDEMNITY COMPANY seeking transfer of this action to the United States District Court for the Southern District of California, the court has considered the motion and any response, the arguments of counsel in those papers and at oral argument on May 12, 2008, and all pleadings and other papers on file in the action, and has concluded that transfer of this action to that venue would be in the interests of justice and for the convenience of the parties and witnesses. Therefore,

IT IS ORDERED that the motion of Defendant, AMERICAN SAFETY INDEMNITY COMPANY to transfer this action to the United States District

1

1  Court for the Southern District of California is GRANTED.

2  IT IS FURTHER ORDERED that this action be removed from the docket of
3  this Court and transferred to the United States District Court for the Southern
4  District of California for any and all further proceedings.

5  IT IS FURTHER ORDERED that the motion of Defendant, AMERICAN
6  SAFETY INDEMNITY COMPANY to dismiss this action pursuant to Federal
7  Rule of Civil Procedure 12(b)(6), having been fully briefed, will be rescheduled
8  for hearing by the United States District Court for the Southern District of
9  California, once transfer of the action is completed.

13  Dated: _____     _____
                                      UNITED STATES DISTRICT JUDGE