UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

previously JS-6
transfer to USDC Southern
Ditrict of CA, San Diego

Case No.  CV 08-1577-GPS(AGRx)                Date:  May 22, 2008

Title:   *Acceptance Insurance Company v. American Safety Risk Retention Group, Inc., et al.*

========================================================================
PRESENT:           THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

           Jake Yerke                                Not Present
         Courtroom Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                                   Not Present

**PROCEEDINGS:**   Order Transferring Action to Southern District of California
                   (**In Chambers**)

   Pursuant to the Court's May 12, 2008 Order, the Court **ORDERS** this action **TRANSFERRED** to the United States District Court for the Southern District of California.  *See* 28 U.S.C. § 1404.  Consequently, Defendant's Motion to Dismiss is denied as moot without prejudice to renewal in the Southern District.


**IT IS SO ORDERED.**


MINUTES FORM 11                              Initials of Deputy Clerk JY
CIVIL - GEN

- **Query**   **Reports** ▼   **Utilities** ▼   - **Logout**

(AGRx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:08-cv-01577-GPS-AGR

Acceptance Insurance Company v. American Safety Risk Retention Group, Inc. et al
Assigned to: Judge George P. Schiavelli
Referred to: Magistrate Judge Alicia G. Rosenberg
Case in other court: Superior Court of CA for the County of Los Angeles, BC 352725
Cause: 28:1441 Notice of Removal - Insurance Contract

Date Filed: 03/06/2008
Date Terminated: 05/12/2008
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

## Plaintiff

**Acceptance Insurance Company**          represented by   **Perry Emil Rhoads**
Koletsky Mancini Feldman & Morrow
3460 Wilshire Blvd
Eighth Floor
Los Angeles, CA 90010
213-427-2350
Email: prhoads@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond C Dion**
Koletsky Mancini Feldman & Morrow
3460 Wilshire Boulevard 8th Floor
Los Angeles, CA 90010-2228
213-427-2350
Email: rdion@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

| | | |
|---|---|---|
| **American Safety Risk Retention Group, Inc.** | represented by | **Dana Alden Fox**<br>Lynberg and Watkins APC<br>888 South Figueroa Street 16th Floor<br>Los Angeles, CA 90017-5449<br>213-624-8700<br>Email: dfox@lynberg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Patrick Harrison**<br>Lynberg and Watkins<br>888 South Figueroa Street 16th Floor<br>Los Angeles, CA 90017-5449<br>213-624-8700<br>Email: mharrison@lynberg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J Larin**<br>Lynberg & Watkins<br>888 South Figueroa Street 16th Floor<br>Los Angeles, CA 90017-5449<br>213-624-8700<br>Fax: 213-892-2763<br>Email: mlarin@lynberg.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American Safety Indemnity Company** | represented by | **David S Blau**<br>Law Offices of David S Blau PC<br>6080 Center Drive Suite 210<br>Los Angeles, CA 90045<br>310-410-1900<br>Email: david@blaulaw.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David M Morrow**<br>Law Offices of David S Blau PC<br>6080 Center Drive<br>Suite 210<br>Los Angeles, CA 90045 |

310-410-1900  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jennifer Sarah Gassen**  
Law Offices of David S Blau  
6080 Center Drive Suite 210  
Los Angeles, CA 90045  
310-410-1900  
Email: jen@blaulaw.net

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC 352725 with CONFORMED FILED copy of summons and First Amended complaint. Case assigned to Judge George P. Schiavelli, Discovery to Magistrate Judge Alicia G. Rosenberg. (Filing fee $ 350 PAID. ), filed by Defendant American Safety Indemnity Company. (et) Modified on 3/11/2008 (et). Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 2 | NOTICE of Interested Parties filed by Defendant American Safety Indemnity Company. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 3 | NOTICE OF JOINDER in Notice of Removal 1 ,filed by Defendant American Safety Risk Retention Group, Inc. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 4 | NOTICE of Related Case(s) filed by Defendant American Safety Risk Retention Group, Inc.. Related Case(s): NO RELATED ACTION. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney Raymond C Dion, Perry Emil Rhoads is 213-427-2366. (et) (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney David S Blau, David M Morrow is 310-410-1901. (et) (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney Dana Alden Fox, Matthew Patrick Harrison, Michael J Larin is 213-892-2763. (et) (Entered: 03/11/2008) |

| | | |
|---|---|---|
| 03/12/2008 | 5 | NOTICE to State Court of Removal to Federal Court filed by defendant American Safety Indemnity Company. (Attachments: # 1 Exhibit Notice of Removal of Civil Action from State Court (28 USC section 1441(b)))(Gassen, Jennifer) (Entered: 03/12/2008) |
| 03/17/2008 | 6 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of California filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Motion to Transfer - Proof of Service# 2 Declaration Decl. in Support of Motion to Transfer# 3 Exhibit Ex. A - Fisher Declaration# 4 Fisher Declaration - Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | 7 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | 8 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case 7 filed by defendant American Safety Indemnity Company. (Attachments: # 1 Proof of Service# 2 Exhibit A - 08/16/2004 Letter & Check# 3 Exhibit B - 06/29/2004 Bay Area Complaint# 4 Exhibit C - 07/20/2004 Proof of Service of Summons# 5 Exhibit D - 08/12/2004 Motion to Quash# 6 Exhibit E - 08/31/2004 Opposition to Motion to Quash# 7 Exhibit F - Order re: Motion to Quash# 8 Exhibit G - 09/09/2004 Transcript of Proceedings# 9 Exhibit H - 09/16/2004 Amend. to Bay Area Complaint# 10 Exhibit I - 12/23/2004 Proof of Service of Summons# 11 Exhibit J - Case Management Order# 12 Exhibit K - 05/22/2006 Acceptance Complaint# 13 Exhibit L - 02/07/2008 First Amend. Acceptance Complaint# 14 Exhibit M - Order re: Good Faith Settlement)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/31/2008 | 9 | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Acceptance Insurance Company.Motion set for hearing on 4/28/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | 10 | MEMORANDUM in Opposition to MOTION to Transfer Case to Southern District of California 6 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett G. Hampton)(Dion, Raymond) (Entered: 03/31/2008) |

| | | |
|---|---|---|
| 03/31/2008 | 11 | MEMORANDUM in Opposition to MOTION to Dismiss Case 7 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | 12 | REQUEST FOR JUDICIAL NOTICE *IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS* filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Dion, Raymond) (Entered: 03/31/2008) |
| 04/07/2008 | 13 | REPLY Reply in Support of MOTION to Dismiss Case 7 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 14 | REPLY Reply in Support of MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 15 | OBJECTIONS Evidentiary Objections to & Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/08/2008 | 16 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: Defendant's MOTION to Dismiss 7 , MOTION to Transfer Case to Southern District of California 6 ,and Plaintiff's MOTION to Remand Case to Los Angeles Superior Court 9 : The supporting documents for at least one of these motions exceed 200 pages, the Court requires the parties to lodge CD-ROMs with the briefs hyperlinked to the supporting documents as set forth by Standing Order No. 8.1 Accordingly, the Court ORDERS the parties to lodge CD-ROMS of theirbriefs properly hyperlinked to their supporting documents for all three motions by April 21, 2008. The Court hereby CONTINUES the hearing on Defendants Motion to Transfer and Motion to Dismiss to April 28, 2008, at 1:30 p.m. (lc) (Entered: 04/09/2008) |
| 04/14/2008 | 17 | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Attachments: # 1 Declaration of Jean Fisher in Support of Opposition to Motion to Remand)(Blau, David) (Entered: 04/14/2008) |

| | | |
|---|---|---|
| 04/14/2008 | 18 | OBJECTIONS Evidentiary Objections to & Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/14/2008) |
| 04/21/2008 | 19 | NOTICE OF LODGING filed *Re: CD-ROMs Containing Defendant's Hyperlinked Briefs* (Blau, David) (Entered: 04/21/2008) |
| 04/21/2008 | 20 | OBJECTIONS Support of re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 04/21/2008) |
| 04/21/2008 | 21 | REPLY In Support of MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 04/21/2008) |
| 04/23/2008 | 22 | NOTICE OF LODGING filed *by Plaintiff Acceptance Insurance Company in Support of: (1) Motion to Remand; (2) Opposition to Motion to Dismiss; and (3) Opposition to Motion to Transfer for Convenience* (Dion, Raymond) (Entered: 04/23/2008) |
| 04/23/2008 | 23 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli :In re: Standing Order No. 8: On April 8, 2008, the Court ordered the parties to lodge a CD-ROM version of their briefs, properly hyperlinked to their supporting documents, addressing (1) Plaintiffs Motion to Remand 9 ; (2) Defendants Motion to Transfer 6 ; and (3) Defendants Motion to Dismiss 7 . See Standing Order No. 8.1 Defendant timely complied. Plaintiff, however, has not lodged any CD-ROMs. Accordingly, the Court ORDERS Plaintiff to lodge a CD-ROM version of all briefs properly hyperlinked to supporting documents by April 29, 2008.Failure to comply may result in sanctions. The hearing is hereby CONTINUEDto May 5, 2008, at 1:30 p.m. (lc) (Entered: 04/23/2008) |
| 05/05/2008 | 24 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: MOTION to Dismiss Case 7 , MOTION to Transfer Case to Southern District of California 6 :Motions continued to 5/12/2008 at 01:30 PM before Judge George P. Schiavelli. (sce) (Entered: 05/06/2008) |

| | | |
|---|---|---|
| 05/12/2008 | 25 | MINUTES OF Motion Hearing held before Judge George P. Schiavelli: ORDER denying plaintiffs MOTION to Remand Case to Los Angeles Superior Court 9 ; ORDER granting MOTION to Transfer Case to Southern District of California 6 , and in lightof these rulings, Court need not consider defendants MOTION to Dismiss 7 . Accordingly, Defendants shall submit a proposed order to transfer the action to the Southern District of California by Monday, May 19, 2008. Court Reporter: Rosalyn Adams. (lc) (Entered: 05/14/2008) |
| 05/19/2008 | 26 | NOTICE OF LODGING filed *Re: Proposed Order* (Attachments: # 1 Proposed Order Granting Defendant's Motion to Transfer Venue)(Blau, David) (Entered: 05/19/2008) |
| 05/22/2008 | 27 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli: Pursuant to the Courts May 12, 2008 Order 25 , the Court ORDERS this actionTRANSFERRED to the United States District Court for the Southern District ofCalifornia. See 28 U.S.C. § 1404. Consequently, Defendants Motion toDismiss is denied as moot without prejudice to renewal in the Southern District. (Attachments: # 1 transfer out letter) (lc) (Entered: 05/27/2008) |
| 05/27/2008 | | TRANSMITTAL of case and documents electronically to USDC Southern California, San Diego (lc) (Entered: 05/27/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/27/2008 10:14:18 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01577-GPS-AGR End date: 5/27/2008 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Re:   Transfer of our Civil Case No. _____

      Case Title: _____

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By ___L Chai_____
Deputy Clerk

cc:   All counsel of record

================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-22 (01/01)                    TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

CORRECTED

Re:   Transfer of our Civil Case No. _____

Case Title: _____

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your cooperation.

```
*USDC Central District of  California
Electronic Interdistrict  Case Transfer
 event is Not Functioning.  Please
 refer to this court's website
 for  this e-filed case.
```

Very truly yours,

Clerk, U.S. District Court

By _____L Chai_____
       Deputy Clerk

cc:   All counsel of record

================================================================================

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
    Deputy Clerk

CV-22 (01/01)                    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**

(AGRx), CLOSED, DISCOVERY, TRANSFERRED

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-01577-GPS-AGR**

| | |
|---|---|
| Acceptance Insurance Company v. American Safety Risk Retention Group, Inc. et al<br>Assigned to: Judge George P. Schiavelli<br>Referred to: Magistrate Judge Alicia G. Rosenberg<br>Case in other court: Superior Court of CA for the County of Los Angeles, BC 352725<br>Cause: 28:1441 Notice of Removal - Insurance Contract | Date Filed: 03/06/2008<br>Date Terminated: 05/12/2008<br>Jury Demand: None<br>Nature of Suit: 110 Insurance<br>Jurisdiction: Diversity |

**Plaintiff**

**Acceptance Insurance Company**　　　　represented by　**Perry Emil Rhoads**
Koletsky Mancini Feldman & Morrow
3460 Wilshire Blvd
Eighth Floor
Los Angeles, CA 90010
213-427-2350
Email: prhoads@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond C Dion**
Koletsky Mancini Feldman & Morrow
3460 Wilshire Boulevard 8th Floor
Los Angeles, CA 90010-2228
213-427-2350
Email: rdion@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Safety Risk Retention Group, Inc.**　　　　represented by　**Dana Alden Fox**
Lynberg and Watkins APC
888 South Figueroa Street 16th Floor
Los Angeles, CA 90017-5449
213-624-8700
Email: dfox@lynberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Harrison**
Lynberg and Watkins
888 South Figueroa Street 16th Floor
Los Angeles, CA 90017-5449
213-624-8700
Email: mharrison@lynberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Larin**
Lynberg & Watkins
888 South Figueroa Street 16th Floor
Los Angeles, CA 90017-5449

|  | 213-624-8700 |
|---|---|
|  | Fax: 213-892-2763 |
|  | Email: mlarin@lynberg.com |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

**American Safety Indemnity Company**   represented by   **David S Blau**
Law Offices of David S Blau PC
6080 Center Drive Suite 210
Los Angeles, CA 90045
310-410-1900
Email: david@blaulaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Morrow**
Law Offices of David S Blau PC
6080 Center Drive
Suite 210
Los Angeles, CA 90045
310-410-1900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sarah Gassen**
Law Offices of David S Blau
6080 Center Drive Suite 210
Los Angeles, CA 90045
310-410-1900
Email: jen@blaulaw.net

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC 352725 with CONFORMED FILED copy of summons and First Amended complaint. Case assigned to Judge George P. Schiavelli, Discovery to Magistrate Judge Alicia G. Rosenberg. (Filing fee $ 350 PAID. ), filed by Defendant American Safety Indemnity Company. (et) Modified on 3/11/2008 (et). Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 2 | NOTICE of Interested Parties filed by Defendant American Safety Indemnity Company. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 3 | NOTICE OF JOINDER in Notice of Removal 1 ,filed by Defendant American Safety Risk Retention Group, Inc. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | 4 | NOTICE of Related Case(s) filed by Defendant American Safety Risk Retention Group, Inc.. Related Case(s): NO RELATED ACTION. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney Raymond C Dion, Perry Emil Rhoads is 213-427-2366. (et) (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney David S Blau, David M Morrow is 310-410-1901. (et) (Entered: 03/11/2008) |
| 03/06/2008 |  | FAX number for Attorney Dana Alden Fox, Matthew Patrick Harrison, Michael J Larin is 213-892-2763. (et) (Entered: 03/11/2008) |
| 03/12/2008 | 5 | NOTICE to State Court of Removal to Federal Court filed by defendant American Safety Indemnity Company. (Attachments: # 1 Exhibit Notice of Removal of Civil Action from State Court (28 USC section 1441(b)))(Gassen, Jennifer) (Entered: 03/12/2008) |
| 03/17/2008 | 6 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of California filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM |

| | | |
|---|---|---|
| | | before Judge George P. Schiavelli. (Attachments: # 1 Motion to Transfer - Proof of Service# 2 Declaration Decl. in Support of Motion to Transfer# 3 Exhibit Ex. A - Fisher Declaration# 4 Fisher Declaration - Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | 7 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | 8 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case 7 filed by defendant American Safety Indemnity Company. (Attachments: # 1 Proof of Service# 2 Exhibit A - 08/16/2004 Letter & Check# 3 Exhibit B - 06/29/2004 Bay Area Complaint# 4 Exhibit C - 07/20/2004 Proof of Service of Summons# 5 Exhibit D - 08/12/2004 Motion to Quash# 6 Exhibit E - 08/31/2004 Opposition to Motion to Quash# 7 Exhibit F - Order re: Motion to Quash# 8 Exhibit G - 09/09/2004 Transcript of Proceedings# 9 Exhibit H - 09/16/2004 Amend. to Bay Area Complaint# 10 Exhibit I - 12/23/2004 Proof of Service of Summons# 11 Exhibit J - Case Management Order# 12 Exhibit K - 05/22/2006 Acceptance Complaint# 13 Exhibit L - 02/07/2008 First Amend. Acceptance Complaint# 14 Exhibit M - Order re: Good Faith Settlement)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/31/2008 | 9 | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Acceptance Insurance Company.Motion set for hearing on 4/28/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | 10 | MEMORANDUM in Opposition to MOTION to Transfer Case to Southern District of California 6 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett G. Hampton)(Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | 11 | MEMORANDUM in Opposition to MOTION to Dismiss Case 7 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | 12 | REQUEST FOR JUDICIAL NOTICE *IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS* filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Dion, Raymond) (Entered: 03/31/2008) |
| 04/07/2008 | 13 | REPLY Reply in Support of MOTION to Dismiss Case 7 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 14 | REPLY Reply in Support of MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 15 | OBJECTIONS Evidentiary Objections to & Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/08/2008 | 16 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: Defendant's MOTION to Dismiss 7 , MOTION to Transfer Case to Southern District of California 6 ,and Plaintiff's MOTION to Remand Case to Los Angeles Superior Court 9 : The supporting documents for at least one of these motions exceed 200 pages, the Court requires the parties to lodge CD-ROMs with the briefs hyperlinked to the supporting documents as set forth by Standing Order No. 8.1 Accordingly, the Court ORDERS the parties to lodge CD-ROMS of theirbriefs properly hyperlinked to their supporting documents for all three motions by April 21, 2008. The Court hereby CONTINUES the hearing on Defendants Motion to Transfer and Motion to Dismiss to April 28, 2008, at 1:30 p.m. (lc) (Entered: 04/09/2008) |
| 04/14/2008 | 17 | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Attachments: # 1 Declaration of Jean Fisher in Support of Opposition to Motion to Remand)(Blau, David) (Entered: 04/14/2008) |
| 04/14/2008 | 18 | OBJECTIONS Evidentiary Objections to & Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/14/2008) |
| 04/21/2008 | 19 | NOTICE OF LODGING filed *Re: CD-ROMs Containing Defendant's Hyperlinked Briefs* (Blau, David) (Entered: 04/21/2008) |
| 04/21/2008 | 20 | OBJECTIONS Support of re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 04/21/2008) |

| | | |
|---|---|---|
| 04/21/2008 | 21 | REPLY In Support of MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 04/21/2008) |
| 04/23/2008 | 22 | NOTICE OF LODGING filed *by Plaintiff Acceptance Insurance Company in Support of: (1) Motion to Remand; (2) Opposition to Motion to Dismiss; and (3) Opposition to Motion to Transfer for Convenience* (Dion, Raymond) (Entered: 04/23/2008) |
| 04/23/2008 | 23 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli :In re: Standing Order No. 8: On April 8, 2008, the Court ordered the parties to lodge a CD-ROM version of their briefs, properly hyperlinked to their supporting documents, addressing (1) Plaintiffs Motion to Remand 9 ; (2) Defendants Motion to Transfer 6 ; and (3) Defendants Motion to Dismiss 7 . See Standing Order No. 8.1 Defendant timely complied. Plaintiff, however, has not lodged any CD-ROMs. Accordingly, the Court ORDERS Plaintiff to lodge a CD-ROM version of all briefs properly hyperlinked to supporting documents by April 29, 2008.Failure to comply may result in sanctions. The hearing is hereby CONTINUEDto May 5, 2008, at 1:30 p.m. (lc) (Entered: 04/23/2008) |
| 05/05/2008 | 24 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: MOTION to Dismiss Case 7 , MOTION to Transfer Case to Southern District of California 6 :Motions continued to 5/12/2008 at 01:30 PM before Judge George P. Schiavelli. (sce) (Entered: 05/06/2008) |
| 05/12/2008 | 25 | MINUTES OF Motion Hearing held before Judge George P. Schiavelli: ORDER denying plaintiffs MOTION to Remand Case to Los Angeles Superior Court 9 ; ORDER granting MOTION to Transfer Case to Southern District of California 6 , and in lightof these rulings, Court need not consider defendants MOTION to Dismiss 7 . Accordingly, Defendants shall submit a proposed order to transfer the action to the Southern District of California by Monday, May 19, 2008. Court Reporter: Rosalyn Adams. (lc) (Entered: 05/14/2008) |
| 05/19/2008 | 26 | NOTICE OF LODGING filed *Re: Proposed Order* (Attachments: # 1 Proposed Order Granting Defendant's Motion to Transfer Venue)(Blau, David) (Entered: 05/19/2008) |
| 05/22/2008 | 27 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli: Pursuant to the Courts May 12, 2008 Order 25 , the Court ORDERS this actionTRANSFERRED to the United States District Court for the Southern District ofCalifornia. See 28 U.S.C. § 1404. Consequently, Defendants Motion toDismiss is denied as moot without prejudice to renewal in the Southern District. (Attachments: # transfer out letter) (lc) (Additional attachment(s) added on 5/27/2008: # 2 docket sheet) (lc). (Additional attachment(s) added on 5/27/2008: # 3 transfer out letter) (lc). (Entered: 05/27/2008) |
| 05/27/2008 | | TRANSMITTAL of case and documents electronically to USDC Southern California, San Diego (lc) (Entered: 05/27/2008) |
| 05/27/2008 | 28 | NOTICE OF CLERICAL ERROR: Due to clerical error, minutes transferring of case to USDC Southern District of California, San Diego: Letter of transfer had wrong PDF image, incorrect image removed and replaced with correct image of letter 27 ; Court's electronc Interdistrict Case Transfer Event, was not Functioning, therefore the case and documents were sent to USDC Southern District of California, San Diego in traditional manner. (lc) (Entered: 05/27/2008) |
| 05/27/2008 | | CORRECTED TRANSMITTAL of documents to USDC Southern District of California, San Diego: cc order, updates docket and corrected letter of transfer (lc) (Entered: 05/27/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2008 11:51:47 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-01577-GPS-AGR End date: 5/27/2008 |
| Billable Pages: | 4 | Cost: | 0.32 |