# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01577–GPS–AGR

| | |
|---|---|
| Acceptance Insurance Company v. American Safety Risk Retention Group, Inc. et al | Date Filed: 03/06/2008 |
| Assigned to: Judge George P. Schiavelli | Date Terminated: 05/12/2008 |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Jury Demand: None |
| Case in other court:  Superior Court of CA for the County of Los Angeles, BC 352725 | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal – Insurance Contract | |

**Plaintiff**

**Acceptance Insurance Company**  represented by  **Perry Emil Rhoads**
Koletsky Mancini Feldman and Morrow
3460 Wilshire Blvd
Eighth Floor
Los Angeles, CA 90010
213–427–2350
Fax: 213–427–2366
Email: prhoads@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raymond C Dion**
Koletsky Mancini Feldman and Morrow
3460 Wilshire Blvd 8th Fl
Los Angeles, CA 90010–2228
213–427–2350
Fax: 213–427–2366
Email: rdion@kmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Safety Risk Retention Group, Inc.**  represented by  **Dana Alden Fox**
Lynberg and Watkins APC
888 South Figueroa Street 16th Floor
Los Angeles, CA 90017–5449
213–624–8700
Email: dfox@lynberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Harrison**
Lynberg and Watkins
888 South Figueroa Street 16th Floor

Los Angeles, CA 90017–5449
213–624–8700
Email: mharrison@lynberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Larin**
Lynberg &Watkins
888 South Figueroa Street 16th Floor
Los Angeles, CA 90017–5449
213–624–8700
Fax: 213–892–2763
Email: mlarin@lynberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

American Safety Indemnity Company    represented by    **David S Blau**
David S Blau Law Offices
6080 Center Drive Suite 210
Los Angeles, CA 90045
310–410–1900
Fax: 310–410–1901
Email: david@blaulaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Morrow**
Law Offices of David S Blau PC
6080 Center Drive
Suite 210
Los Angeles, CA 90045
310–410–1900
Fax: 310–410–1901
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Sarah Gassen**
Law Offices of David S Blau
6080 Center Drive Suite 210
Los Angeles, CA 90045
310–410–1900
Email: jen@blaulaw.net

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | Ï 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC 352725 with CONFORMED FILED copy of summons and First Amended complaint. Case assigned to Judge George P. Schiavelli, Discovery to Magistrate Judge Alicia G. Rosenberg. (Filing fee $ 350 PAID. ), filed by Defendant American Safety Indemnity Company. (et) Modified on 3/11/2008 (et). Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |

| | | |
|---|---|---|
| 03/06/2008 | Ï 2 | NOTICE of Interested Parties filed by Defendant American Safety Indemnity Company. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | Ï 3 | NOTICE OF JOINDER in Notice of Removal 1 ,filed by Defendant American Safety Risk Retention Group, Inc. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | Ï 4 | NOTICE of Related Case(s) filed by Defendant American Safety Risk Retention Group, Inc.. Related Case(s): NO RELATED ACTION. (et) Additional attachment(s) added on 3/14/2008 (hha, ). (Entered: 03/11/2008) |
| 03/06/2008 | Ï | FAX number for Attorney Raymond C Dion, Perry Emil Rhoads is 213–427–2366. (et) (Entered: 03/11/2008) |
| 03/06/2008 | Ï | FAX number for Attorney David S Blau, David M Morrow is 310–410–1901. (et) (Entered: 03/11/2008) |
| 03/06/2008 | Ï | FAX number for Attorney Dana Alden Fox, Matthew Patrick Harrison, Michael J Larin is 213–892–2763. (et) (Entered: 03/11/2008) |
| 03/12/2008 | Ï 5 | NOTICE to State Court of Removal to Federal Court filed by defendant American Safety Indemnity Company. (Attachments: # 1 Exhibit Notice of Removal of Civil Action from State Court (28 USC section 1441(b)))(Gassen, Jennifer) (Entered: 03/12/2008) |
| 03/17/2008 | Ï 6 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of California filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Motion to Transfer – Proof of Service# 2 Declaration Decl. in Support of Motion to Transfer# 3 Exhibit Ex. A – Fisher Declaration# 4 Fisher Declaration – Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | Ï 7 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendant American Safety Indemnity Company.Motion set for hearing on 4/14/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Proof of Service)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/17/2008 | Ï 8 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case 7 filed by defendant American Safety Indemnity Company. (Attachments: # 1 Proof of Service# 2 Exhibit A – 08/16/2004 Letter &Check# 3 Exhibit B – 06/29/2004 Bay Area Complaint# 4 Exhibit C – 07/20/2004 Proof of Service of Summons# 5 Exhibit D – 08/12/2004 Motion to Quash# 6 Exhibit E – 08/31/2004 Opposition to Motion to Quash# 7 Exhibit F – Order re: Motion to Quash# 8 Exhibit G – 09/09/2004 Transcript of Proceedings# 9 Exhibit H – 09/16/2004 Amend. to Bay Area Complaint# 10 Exhibit I – 12/23/2004 Proof of Service of Summons# 11 Exhibit J – Case Management Order# 12 Exhibit K – 05/22/2006 Acceptance Complaint# 13 Exhibit L – 02/07/2008 First Amend. Acceptance Complaint# 14 Exhibit M – Order re: Good Faith Settlement)(Gassen, Jennifer) (Entered: 03/17/2008) |
| 03/31/2008 | Ï 9 | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Acceptance Insurance Company.Motion set for hearing on 4/28/2008 at 01:30 PM before Judge George P. Schiavelli. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 10 | MEMORANDUM in Opposition to MOTION to Transfer Case to Southern District of California 6 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett G. Hampton)(Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 11 | MEMORANDUM in Opposition to MOTION to Dismiss Case 7 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 12 | |

| | | |
|---|---|---|
| | | REQUEST FOR JUDICIAL NOTICE *IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS* filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Dion, Raymond) (Entered: 03/31/2008) |
| 04/07/2008 | 13 | REPLY Reply in Support of MOTION to Dismiss Case 7 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 14 | REPLY Reply in Support of MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/07/2008 | 15 | OBJECTIONS Evidentiary Objections to &Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Transfer Case to Southern District of California 6 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/07/2008) |
| 04/08/2008 | 16 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: Defendant's MOTION to Dismiss 7 , MOTION to Transfer Case to Southern District of California 6 ,and Plaintiff's MOTION to Remand Case to Los Angeles Superior Court 9 : The supporting documents for at least one of these motions exceed 200 pages, the Court requires the parties to lodge CD−ROMs with the briefs hyperlinked to the supporting documents as set forth by Standing Order No. 8.1 Accordingly, the Court ORDERS the parties to lodge CD−ROMS of theirbriefs properly hyperlinked to their supporting documents for all three motions by April 21, 2008. The Court hereby CONTINUES the hearing on Defendants Motion to Transfer and Motion to Dismiss to April 28, 2008, at 1:30 p.m. (lc) (Entered: 04/09/2008) |
| 04/14/2008 | 17 | MEMORANDUM in Opposition to MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Attachments: # 1 Declaration of Jean Fisher in Support of Opposition to Motion to Remand)(Blau, David) (Entered: 04/14/2008) |
| 04/14/2008 | 18 | OBJECTIONS Evidentiary Objections to &Motion to Strike Portions of Decl. of Brett G. Hampton re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Defendant American Safety Indemnity Company. (Blau, David) (Entered: 04/14/2008) |
| 04/21/2008 | 19 | NOTICE OF LODGING filed *Re: CD−ROMs Containing Defendant's Hyperlinked Briefs* (Blau, David) (Entered: 04/21/2008) |
| 04/21/2008 | 20 | OBJECTIONS Support of re: MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Dion, Raymond) (Entered: 04/21/2008) |
| 04/21/2008 | 21 | REPLY In Support of MOTION to Remand Case to Los Angeles Superior Court 9 filed by Plaintiff Acceptance Insurance Company. (Attachments: # 1 Declaration of Brett Hampton# 2 Exhibit A# 3 Exhibit B)(Dion, Raymond) (Entered: 04/21/2008) |
| 04/23/2008 | 22 | NOTICE OF LODGING filed *by Plaintiff Acceptance Insurance Company in Support of: (1) Motion to Remand; (2) Opposition to Motion to Dismiss; and (3) Opposition to Motion to Transfer for Convenience* (Dion, Raymond) (Entered: 04/23/2008) |
| 04/23/2008 | 23 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli :In re: Standing Order No. 8: On April 8, 2008, the Court ordered the parties to lodge a CD−ROM version of their briefs, properly hyperlinked to their supporting documents, addressing (1) Plaintiffs Motion to Remand 9 ; (2) Defendants Motion to Transfer 6 ; and (3) Defendants Motion to Dismiss 7 . See Standing Order No. 8.1 Defendant timely complied. Plaintiff, however, has not lodged any CD−ROMs. Accordingly, the Court ORDERS Plaintiff to lodge a CD−ROM version of all briefs properly hyperlinked to supporting documents by April 29, 2008.Failure to comply may result in sanctions. The hearing is hereby CONTINUEDto May 5, 2008, at 1:30 p.m. (lc) (Entered: 04/23/2008) |
| 05/05/2008 | 24 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli : re: MOTION |

| | | |
|---|---|---|
| | | to Dismiss Case 7 , MOTION to Transfer Case to Southern District of California 6 :Motions continued to 5/12/2008 at 01:30 PM before Judge George P. Schiavelli. (sce) (Entered: 05/06/2008) |
| 05/12/2008 | Ï 25 | MINUTES OF Motion Hearing held before Judge George P. Schiavelli: ORDER denying plaintiffs MOTION to Remand Case to Los Angeles Superior Court 9 ; ORDER granting MOTION to Transfer Case to Southern District of California 6 , and in lightof these rulings, Court need not consider defendants MOTION to Dismiss 7 . Accordingly, Defendants shall submit a proposed order to transfer the action to the Southern District of California by Monday, May 19, 2008. Court Reporter: Rosalyn Adams. (lc) (Entered: 05/14/2008) |
| 05/19/2008 | Ï 26 | NOTICE OF LODGING filed *Re: Proposed Order* (Attachments: # 1 Proposed Order Granting Defendant's Motion to Transfer Venue)(Blau, David) (Entered: 05/19/2008) |
| 05/22/2008 | Ï 27 | MINUTES OF IN CHAMBERS ORDER held before Judge George P. Schiavelli: Pursuant to the Courts May 12, 2008 Order 25 , the Court ORDERS this actionTRANSFERRED to the United States District Court for the Southern District ofCalifornia. See 28 U.S.C. § 1404. Consequently, Defendants Motion toDismiss is denied as moot without prejudice to renewal in the Southern District. (Attachments: # transfer out letter) (lc) (Additional attachment(s) added on 5/27/2008: # 2 docket sheet) (lc). (Additional attachment(s) added on 5/27/2008: # 3 transfer out letter) (lc). (Additional attachment(s) added on 5/27/2008: # 4 Letter corrected transfer out letter, # 5 Updated docket sheet) (lc). (Entered: 05/27/2008) |
| 05/27/2008 | Ï | TRANSMITTAL of case and documents electronically to USDC Southern California, San Diego (lc) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 28 | NOTICE OF CLERICAL ERROR: Due to clerical error, minutes transferring of case to USDC Southern District of California, San Diego: Letter of transfer had wrong PDF image, incorrect image removed and replaced with correct image of letter 27 ; Court's electronc Interdistrict Case Transfer Event, was not Functioning, therefore the case and documents were sent to USDC Southern District of California, San Diego in traditional manner. (lc) (Entered: 05/27/2008) |
| 05/27/2008 | Ï | CORRECTED TRANSMITTAL of documents to USDC Southern District of California, San Diego: cc order, updates docket and corrected letter of transfer (lc) (Entered: 05/27/2008) |