

Acceptance Insurance Company

-v-

American Safety Risk Retention Group, Inc. Et al

08-cv-01057-L-WMC

**STRICKEN DOCUMENT
(PER ORDER 161)**

**131**